**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH HENDERSON, ) | NO. CV 12-7531 VAP (AS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER ACCEPTING FINDINGS,** |
| ) | |
| MATTHEW CATE, Secretary of the ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| California Department of ) | |
| Corrections and Rehabilitation, ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

        DATED:  March 27, 2014

                                    _____
                                         VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE