**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH HENDERSON, | ) | NO. CV 12-7531 VAP (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, | ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 27, 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE